OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR PRIVATE USE**

RESORTED FIRST CLASS

UNITED STATES POSTAGE

$ 00.26⁵
PITNEY BOWES

02 1R
000 2003152          APR 09 2015
MAILED FROM ZIP 73243-02
WR-73,243-02

4/8/2015

HAYNES, JOHNNY B. Tr.Ct. No. 1059390-B

The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

JOHNNY B. HAYNES
TDC # 1419642

McDonnell Unit
3001 S. Emily Dr.
Beeville, TX. 78102